UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICK TURSE,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-2689 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 5, 2023, Plaintiff Nick Turse ("Plaintiff") and Defendants the United States Department of Defense and United States Africa Command ("Defendants"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a July 24, 2022, Freedom of Information Act ("FOIA") request directed to the Defendants seeking documents relating to an investigation carried out by Defendants.

2. As previously reported, Defendants have completed their searches for responsive documents and are processing documents to be produced in rolling interim releases. Due to the nature of the records contemplated by the FOIA request at issue, the documents must be reviewed by multiple components before processing and production can be completed.

3. Defendants made their first interim release of documents on April 18, 2023, consisting of the main investigative report.

4. As previously reported, Defendants are processing the attachments (*e.g.*, exhibits) to the investigative report, which consist of several hundred pages of which many contain

classified material.  Approximately 200 pages are being processed by Defendants, while an additional set of approximately 400 pages have been referred to other governmental agencies for consultation, as they did not originate within United States Africa Command.

5. The current high tempo of Defendants' operations have significantly curtailed the resources available for the necessary internal components to complete the review, as has the fact that Defendants currently have hundreds of FOIA requests directed to United States Africa Command.  Additionally, Defendants note that the subject matter experts on whom they depend for review have active operational duties as part of the current events in Africa.  Accordingly, while Defendants continue to process the remaining records, they anticipate it will take several months before the records can be processed and produced.

6. The Parties will continue to work in good faith as productions are ongoing.  The Parties propose filing their next status report in 60 days (on November 6, 2023) to update the Court on the status of the FOIA request.

\*   \*   \*

Dated: September 8, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States*

 */s/ Deborah M. Golden (by permission)*
DEBORAH M. GOLDEN
DC Bar # 470-578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20002
202-630-0332
dgolden@debgoldenlaw.com

*Counsel for Plaintiff*